UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND CYR, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. C17-0342-RSL-MAT <br><br> ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF |

Plaintiff's unopposed motion for Leave to File Excess Pages (Dkt. 16) is GRANTED. The Clerk is directed to file plaintiff's proposed pleading (Dkt. 16-1) with its own docket entry, with a filing date of 07/01/17. Defendant is also granted leave to file a responsive brief equal in length to plaintiff's brief.

Finally, plaintiff is reminded that all pleadings filed with the Court must comply with the format requirements of LCR 10(e). Future pleadings filed without proper bottom notation may be stricken with leave to refile.

DATED this 6th day of July, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO FILE
OVERLENGTH BRIEF
PAGE - 1