# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RAYMOND CYR,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C17-0342-RSL

ORDER OF REMAND

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court REMANDS this matter for further administrative proceedings; and

(3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

Dated this 14th day of November, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF REMAND
PAGE - 1