UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND CYR,<br><br>                      Plaintiff,<br>   v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>                      Defendant. | Case No. C17-0342RSL-MAT<br><br>ORDER FOR EAJA FEES, COSTS, AND EXPENSES |

The Court, having reviewed the stipulation of the parties, does hereby find and ORDER (a) that attorney fees in the total amount of $11,500.00 and expenses in the amount of $20.04 (for postage) be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010); and (b) that $5.00 in photocopying costs shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920.

If the U.S. Department of Treasury determines that plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department's Offset Program, then the check for EAJA fees and the check for expenses shall be made payable to plaintiff's attorney, Nancy J. Meserow, based upon plaintiff's assignment of these amounts to plaintiff's attorney, and mailed to her office at:

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219

ORDER - 1

Whether the check is made payable to plaintiff or to plaintiff's attorney, it shall be mailed to Attorney Meserow at the address indicated above.

Dated this 4th day of January, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2